**FILED**
07/14/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF __Indiana__

(Full name of plaintiff(s))

**NATHAN ORLANDO YOUNG**

v.

(Full name of defendant(s))

Howard County Criminal Justice Center, 1800 W. Markland Ave., Kokomo, Indiana 46901

Case Number:

34D04-1806-FH 000163

(to be supplied by clerk of court)

1:22-cv-01419-JRS-MJD

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   Howard County Criminal Justice Center 1800 W. MARKLAND Ave., Kokomo, Indiana, 46901
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant __Howard County Criminal Justice Center__
   1800 W. Markland Ave., Kokomo, Indiana, 46901
   (Name)

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __1800 West Markland Ave., Kokomo, In.,__ __46901__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Howard County Criminal Justice Center, Kokomo, In. 46901__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

who:
① Medical Staff at the Howard County Criminal Justice Ctr. Hereafter: (HCCJC)
② Administrative Staff @ HCCJC
③ Inmate Supervision Staff / correctional officers

what:
- Denied Plaintiff his previously scheduled sleep Apnia test & have not rescheduled it. Test was originally scheduled on the 1st week of January, 2022. Testing has yet to be rescheduled as of June 28th, 2022. Plaintiff stops breathing during sleep.
- Plaintiff was actually actively involved in a physical therapy program prior to his incarceration at the HCCJC on April 25th, 2022. The HCCJC has not

rescheduled or reconvened his mandatory Physical Therapy program. Plaintiff was struck by an automobile in the Spring of 2019. His injuries included a severe brain injury. A steel rod with retention fasteners was inserted inside the Plaintiff's Femur on his left leg. Plaintiff had nearly 100 stitches & Dozens of staples to close several severe lacerations. Plaintiff spent over one week in Intensive Care at St. Vincent (Ascension) in Carmel, In. & was initially transported there by Lifeline Medical Helicopter Staff & Pilot. Plaintiff was attended to by Kenosha County Medical Staff in Kenosh, Wisconsin. Staff & Medical Supervisors at the Fox Lake Institution in Beaver Dam Wisconsin actually began conducting a physician designed and supervised, physically intense, physical therapy program. Plaintiff experienced severe nerve paralasys during his debilitative accident & was told by physicians to immediately begin wearing a back brace during all waking hours. HCCJC has continually denied Plaintiff any medical attention, or physical therapy, or the use of physician prescribed braces, supports, walkers, or the use of a handicapped room at the facility (HCCJC) except for the use of a cane. Plaintiff has experienced several witnessed falls during his incarceration @ HCCJC due to inmates Sleeping on floor

Complaint - 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $10,000,000.00

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Plaintiff will request that the HCCJC begin immediate physical therapy to hopefully salvage partial limb mobility (left leg). Plaintiff is seeking $10,000,000.00 for the severe medical neglegance by the Howard County Criminal Justice Center, and for the virtually complete loss of mobility of the Plaintiff's left leg. Plaintiff is in debalitating pain constantly; frequently quits breathing during sleep so Plaintiff also request Sleep Apnia Testing begin immediately. Plaintiff also wishes to be placed into one of the handicapped equipped rooms in Dorm 3A.

Complaint - 4

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case
   OR

☐ Court Trial – I want a judge to hear my case

Dated this 28 day of June 20 22

Respectfully Submitted,

*Nathael Young*
Signature of Plaintiff

10530 - HCCJC inmate #
Plaintiff's Prisoner ID Number

1800 West Markland Ave.
Kokomo, Indiana, 46901
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

*Nathael Young*
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**